UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JEANNETTE ESPINAL, | : | |
| Plaintiff, | : | Hon. William J. Martini |
| | : | Civil Action No. 12-1242 (WJM) |
| -vs- | : | |
| VIRGINIO PEREZ-JIMENEZ and RALPH MOYLE, INC., | : | |
| | : | **CONSOLIDATION ORDER** |
| Defendants. | : | |
| VICENTA GENAO, | : | |
| Plaintiff, | : | |
| | : | Hon. Dickinson R. Debevoise |
| -vs- | : | Civil Action No. 12-3509 (DRD) |
| VIRGINIO PEREZ-JIMENEZ and RALPH MOYLE, INC., | : | |
| Defendants. | : | |

**THESE MATTERS** come before the Court following a case management conference in Espinal v. Perez-Jimenez, et al., Civ. A. No. 12-1242 (WJM);

and the Espinal case being a motor vehicle accident case;

and the parties having jointly requested that the Court consolidate the Espinal case with the latter filed case captioned Genao v. Perez-Jimenez, et al., Civ. A. No. 12-3509 (DRD), because the two cases involve the same motor vehicle accident, the same parties, and the same lawyers;

and the Court having reviewed the operative Complaints in the above matters, and it appearing that the Complaints are essentially identical;

and the Court noting that, when the later filed <u>Genao</u> complaint was removed to this Court, counsel represented that the cases were related and that consolidation would be appropriate, <u>see</u> Civ. Action No. 12-3509, Notice of Removal ¶ 12, CM/ECF No. 1;

and the decision to consolidate being one that rests in the Court's discretion, <u>see, e.g.</u>, <u>In re Consol. Parlodel Litig.</u>, 182 F.R.D. 441, 443 (D.N.J. 1998);

and all counsel having requested and consented to consolidation;

and for good cause shown;

**IT IS on this 8th day of August 2012,**

**ORDERED** that, <u>Espinal v. Perez-Jimenez, et al.</u>, Civ. A. No. 12-1242 (WJM) and <u>Genao v. Perez-Jimenez, et al.</u>, Civ. A. No. 12-3509 (DRD), are hereby consolidated for all purposes under Civil Action No. 12-1242 (WJM).

    s/Mark Falk  
**MARK FALK**  
**United States Magistrate Judge**